IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

VICTOR MONTILLA,

      Plaintiff,

    vs.

C. HICKS; L. D. SPELL; and
UNITED STATES OF AMERICA,

      Defendants.

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV212-096

**O R D E R**

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the United States of America are **DISMISSED**. The United States of America is **dismissed** as a named Defendant.

**SO ORDERED**, this ___29___ day of _____October_____, 2012.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)