| | |
|---|---|
| VICTOR MONTILLA, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: CV212-096 |
| C. HICKS; L. D. SPELL; and UNITED STATES OF AMERICA, | |
| Defendants. | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the United States of America are **DISMISSED**. The United States of America is **dismissed** as a named Defendant.

**SO ORDERED**, this 29 day of October, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)