FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 -1 P 4: 11

CLERK C. Roberts
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

VICTOR MONTILLA,

    Plaintiff,

vs.

C. HICKS and L. D. SPELL

    Defendants.

CIVIL ACTION NO.: CV212-096

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation dated November 16, 2012, and the Amended Report and Recommendation dated January 25, 2013. In his Objections, Plaintiff asserts that he filed copies of his administrative remedies requests with his Complaint. Plaintiff did submit copies of his administrative remedies requests with his Complaint, (Doc. No. 1), and the Court is to consider the entire record in disposing of a motion for summary judgment. However, as Plaintiff was advised by Order dated July 16, 2012,

> Should the Defendant[s'] motion for summary judgment be supported by affidavit, you must file counter-affidavits if you desire to contest the Defendant[s'] statement of the facts. Should you fail to file opposing affidavits setting forth specific facts showing that there is a genuine dispute for trial, the consequences are these: any factual assertions made in Defendant[s'] affidavits will be accepted as true and summary judgment will be entered against the Plaintiff pursuant to Federal Rule of Civil Procedure 56.
AO 72A
(Rev. 8/82)

(Doc. No. 9, p. 8). Plaintiff's copies of his administrative remedies requests, though enlightening as to Plaintiff's claims, are not enough to counter Defendants' affidavits supporting their Motion. Plaintiff's submission of an affidavit with his Objections is also insufficient to counter Defendants' timely affidavits. The Court generally does not consider matters first raised in a party's objections and will not do so at this time. Williams v. McNeil, 557 F.3d 1287 (11th Cir. 2009). Additionally, Plaintiff failed to submit an opposing affidavit in his two (2) previous opportunities to do so. Moreover, even if the undersigned were to consider the assertions contained in his affidavit, Plaintiff has presented nothing which creates a genuine dispute as to any fact material to his claims.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation and his Amended Report and Recommendation are adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_\_ day of \_\_\_\_March\_\_\_\_, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)